UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OMILIO CALDERON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1924** |
| **DARREL VANNOY, WARDEN** | **SECTION "E" (5)** |

## ORDER

Before the Court is a Report and Recommendation[1] issued on March 4, 2021 by Magistrate Judge Michael North, recommending Petitioner Omilio Calderon's petition for Writ of Habeas Corpus[2] be dismissed with prejudice. Petitioner has not filed an objection to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation as its own and hereby **DENIES** Petitioner's application for relief.

**IT IS ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of April, 2021.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 15.
[2] R. Doc. 3.